IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No: 3:09-bk-07041

In re:

THOMAS-WARREN, DAVITA

Debtor.
_____/

## DEBTOR'S CHAPTER 13 PLAN

Pursuant to Title II, United States Bankruptcy Code, Section 1321, 1322 and 1323, the Debtor files the following Chapter 13, Plan:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $1516.90 per month for months 1 - 60 of the Plan.

2. From the payments so received, the Trustee shall make disbursements as follows:

 A. **Priority Claims**:

 (1) The Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the total amount under the plan for sixty (60) months.
 (2) There are no other Priority Claims.

1

## B. Secured Claims:

1. HSBC BANK USA, N.A. holds a security interest valued at approximately $83,221 in the Debtor's Homestead. The Trustee shall make the regular monthly mortgage payments of $900.00/month to the secured creditor for months 1-60 of the plan, until this claim is paid in full. The pre-petition arrearage is approximately $27,912.38. The Trustee shall pay these arrears at the rate of $465.20/month for months 1-60. The Trustee shall disburse a total of $1365.20/month for months 1-60 of the Plan to this creditor. This secured creditor will retain its lien.

The creditor's address is:   HSBC Mortgage Corporation
Suite 0241
Buffalo, NY 14270-0241

The account number is: Loan Number 0103112942

## C. Unsecured Claims:

4. All remaining creditors are general, unsecured creditors. The Trustee shall pay these unsecured creditors on a *pro rata* basis over the life of the Plan.

5. Any claims filed after the claims bar date for non-governmental creditors (January 11, 2010) and for governmental creditors shall receive no distribution under this plan unless specifically provided for above.

6. The Debtor does not reject any executory contracts.

7. Title to all property of the estate shall revest in the Debtor upon confirmation of this plan.

2

Dated this 8th day of September, 2009.

*(signature)*
Davita Thomas-Warren, Debtor

**JACKSONVILLE AREA LEGAL AID, INC.**

/s/ Robert Wilbert
Robert Wilbert, Esquire
Fla. Bar No.: 0529400
126 W. Adams Street
Jacksonville, FL 32202
Telephone: (904) 356-8371 x379
Facsimile: (904) 224-7050
Robert.wilbert@jaxlegalaid.org
*Attorneys for the Debtor*