IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3:09-bk- 07041-JAF
IN RE: Estimated Time 5 Minutes
Davita S Thomas-Warren   Conf. Hrg.: 11/17/2009 at 2:00 PM

_____ Debtors

## TRUSTEE'S OBJECTION TO CONFIRMATION OF
## DEBTORS' CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. Pursuant to 11 U.S.C. §1325(a)(4), based on the Schedules and Plan as filed, the unsecured creditors would receive a greater distribution if the estate of the Debtor was liquidated under a Chapter 7 bankruptcy.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By  */s/Michael S. Waskiewicz*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael S. Waskiewicz, Attorney for Trustee
Florida Bar #693642
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone     (904)358-6465
FAX           (904)634-0038

### CERTIFICATE OF SERVICE
I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 26th day of October, 2009 on the following:
Davita S Thomas-Warren,10390 Minglewood Drive, Jacksonville, FL 32246
Robert Wilbert, Esquire, 126 W. Adams Street, Jacksonville, Florida 32202
*/s/Michael S. Waskiewicz*